# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** II   **Investigating Agency** ATF

**City** Lexington   **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Jose Perez Jr.   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Lynn, MA

**Birth date (Yr only):** 1997  **SSN (last4#):** 4557  **Sex** M  **Race:** W  **Nationality:** _____

**Defense Counsel if known:** _____   **Address** _____

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Michael Crowley   **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of   12/22/2022   in   Wyatt .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 01/12/2023   **Signature of AUSA:** /s/Michael Crowley

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Perez Jr.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C §922(g)(1) | Felon in Possession of a Firearm | |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____